# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0026

VERSUS

DENNIS WEST                                             **MARCH 14, 2022**

---

In Re:    Dennis West, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 04-07-0230 & 09-06-0574.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT DENIED.** The East Baton Rouge Parish Clerk of Court has no record of receiving a "Request for Legal Documents" (allegedly filed on September 5, 2021). Relator should file the motion with the district court before seeking relief from this court.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT